IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING, LLC,<br><br>Defendant. | CIVIL ACTION NO. 10-CV-3631(LP)<br><br>CLASS ACTION |

**ENTRY OF APPEARANCE**

To the Clerk:

    Kindly enter my appearance as co-counsel for Plaintiff Anthony Hornicek, on behalf of himself and all others similarly situated, in the above-captioned matter.

Date:  08/06/10

*/s/ Theodore E. Lorenz (TEL5114)*
LUNDY, FLITTER, BELDECOS & BERGER, P.C.
THEODORE E. LORENZ, ESQUIRE
450 N. Narberth Avenue
Narberth, PA  19072
(610) 822-0781
lorenz@lfbb.com
Attorneys for Plaintiff and the Class