AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/6/10 @ 3:56 pm |
| NAME OF SERVER (PRINT) Amy Stivison | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sean Schemel – Manager    Corporate Sub-service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/6/10
             Date

Signature of Server

4250 Steubenville Pike
Address of Server
Pittsburgh, PA  15205

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| ANTHONY HORNICEK, on behalf of himself and all others similarly situated<br><br>v.<br><br>CARDWORKS SERVICING, LLC | CIVIL ACTION NO. 10-3631<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>CARDWORKS SERVICING, LLC<br>225 West Station Square Drive<br>Pittsburgh, PA 15219 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Cary L. Flitter, Esq.
450 N. Narberth Ave
Narberth, PA 19072

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: July 23, 2010 |
|---|---|

(By) Deputy Clerk

*/s/ Jesse Bruck/*

JESSE BRUCK