# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| ANTHONY HORNICEK, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING LLC,<br><br>Defendant. | Hon. Louis H. Pollack<br>Magistrate Judge: M. Faith Angell<br><br>Civil Action No.: 10-3631 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of the Defendant, CARDWORKS SERVICING LLC, and send all future Court notices to the following:

/s/ *JOANN NEEDLEMAN*

_____
JOANN NEEDLEMAN (74276)
935 One Penn Center
1617 John F. Kennedy Blvd
Philadelphia, PA 19103
(215) 789-7151
(215) 563-8970
joann@mnlawpc.com
*Attorney for Defendant,*
*Cardworks Servicing LLC*

Date: September 9, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing Notice of Appearance was served on this date via the electronic filing system addressed to the following:

CARY L. FLITTER
LUNDY FLITTER BELDECOS & BERGER PC
450 N. NARBERTH AVE
NARBERTH, PA 19072
*Attorney for Plaintiff*

THEODORE E. LORENZ
LUNDY FLITTER BELDECOS & BERGER
450 NORTH NARBERTH AVENUE
NARBERTH, PA 19072
*Attorney for Plaintiff*


/s/ *JOANN NEEDLEMAN*
_____
JOANN NEEDLEMAN (74276)

Dated:  September 9, 2010