**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| ANTHONY HORNICEK, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> CARDWORKS SERVICING LLC, <br><br> Defendant. | Hon. Louis H. Pollack <br> Magistrate Judge: M. Faith Angell <br><br> Civil Action No.: 10-3631 |

**7.1 CORPORATE DISCLOSURE STATEMENT**

Please check one :

_____   The non governmental corporate party, _____ in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

XXXX   The non governmental corporate party, **CARDWORKS SERVICING, LLC,** in the above listed civil action has the following parent corporation(s) and publicly held corporation that owns 10% or more of its stock:

**CardWorks Inc is the parent company of the Defendant, but neither entity is a publicly-held corporation**

/s/ *JOANN NEEDLEMAN*
_____
JOANN NEEDLEMAN (74276)
935 One Penn Center
1617 John F. Kennedy Blvd
Philadelphia, PA 19103
(215) 789-7151
(215) 563-8970
joann@mnlawpc.com
*Attorney for Defendant, Cardworks Servicing LLC*

Dated:  September 9, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of Defendant's 7.1 Disclosures were served on this date via the electronic filing system addressed to the following:

CARY L. FLITTER
LUNDY FLITTER BELDECOS & BERGER PC
450 N. NARBERTH AVE
NARBERTH, PA 19072
*Attorney for Plaintiff*

THEODORE E. LORENZ
LUNDY FLITTER BELDECOS & BERGER
450 NORTH NARBERTH AVENUE
NARBERTH, PA 19072
*Attorney for Plaintiff*


/s/ *JOANN NEEDLEMAN*
_____
JOANN NEEDLEMAN (74276)

Dated:  September 9, 2010