IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HORNICEK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDWORKS SERVICING, LLC | : | NO.   10-3631 |

**O R D E R**

AND NOW, this 27th day of September, 2010, the above-captioned matter having been referred to me, by the Honorable Louis H. Pollak, for pretrial management purposes, it is hereby **ORDERED** that:

I will hold an **in-person initial case management conference** on **October 13, 2010 at 1:20 p.m.** in Courtroom 7 (Court of Appeals Courtroom), Robert N.C. Nix Building, **900 Market Street,** Philadelphia, PA 19107.  All counsel are to report to the call box for M. Faith Angell on the second floor, before going to Courtroom 7.

Counsel for each party is expected to be present and prepared to discuss the status of this matter, as well as the scheduling of pretrial deadlines.

It is the obligation of counsel for the Plaintiff to serve a copy of this Order upon counsel for each of the Defendants, and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA    19107

**Chambers of**
**M. FAITH ANGELL**                                              P:   (215) 597-6079
 United States Magistrate Judge                              F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**    10-3631                             **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: September 27, 2010      **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| 1.  Cary L. Flitter, Esq./Theodore E. Lorenz, Esq. | 610-667-0552 |
| 2.  Joann Needleman, Esq. | 215-563-8970 |