# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, on behalf of Himself and all others similarly situated, 683 Shropshire Drive West Chester, PA 19382<br><br>    Plaintiff,<br><br>v.<br><br>CARDWORKS SERVICING, LLC 255 West Station Square Drive Pittsburgh, PA 15219,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>)  2:10-cv-03631-LP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S RESPONSE
## TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS, INCLUDING
## DEFENDANT'S MOTION TO COMPEL ARBITRATION

COMES NOW, CardWorks Servicing, LLC ("CardWorks"), Defendant in the above-styled action, and files this Response to Plaintiff's Motion to Stay Proceedings as set forth below:

CardWorks Servicing, LLC, does not object to Plaintiff's Motion to Stay the Proceedings, including CardWorks' pending Motion to Compel Arbitration; however, CardWorks *does not* agree that the pending case before the United States Supreme Court in the matter of *AT&T Mobility, LLV v. Vincent and Liza*

*Concepcion, cert. granted at 130 S.Ct. 3322 (2010) (No. 09-0893)*, has any bearing on or relevance to the instant matter.

>Respectfully submitted,
>
>**MAURICE & NEEDLEMAN, P.C.**
>
>s/ *JOANN NEEDLEMAN*
>_____
>JOANN NEEDLEMAN (74276)
>935 One Penn Center
>1617 John F. Kennedy Blvd
>Philadelphia, PA 19103
>(215) 789-7151
>(215) 563-8970
>joann@mnlawpc.com
>*Attorney for Defendant, CardWorks Servicing, LLC*

Date: November 16, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING LLC,<br><br>Defendant. | Hon. Louis Pollack<br>Civil Action No.: 10-3631 |

## CERTIFICATE OF SERVICE

I, JOANN NEEDLEMAN, ESQUIRE, hereby certify that on this date I have caused a true and correct copy of the foregoing response to Plaintiff's Motion for Stay of Proceedings to be served by regular, first class mail, postage pre-paid and electronic submission upon:

THEODORE E. LORENZ, ESQ.
450 N. NARBERTH STREET
NARBERTH, PA 19072

          MAURICE & NEEDLEMAN, P.C.


          s/ *JOANN NEEDLEMAN*
          _____
          JOANN NEEDLEMAN (74276)
          *Attorney for Defendant*

Date: November 16, 2010