IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HORNICEK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDWORKS SERVICING, LLC | : | NO.   10-3631 |

**O R D E R**

AND NOW, this 17th day of November, 2010, upon consideration of the pending motions in this case, it is hereby **ORDERED** that:

(1)  The **in-person initial case management conference**, which had been scheduled to occur on this date, is **postponed** and will be rescheduled in a later Order.

(2) Plaintiff's Motion to Stay Proceedings Including Defendant's Motion to Compel Arbitration [Doc. 16] is **GRANTED until further Order of the Court** with the following reservation: Either party may approach my chambers, via telephone call or letter, to raise disputes/concerns that arise during the stay of discovery, which cannot be resolved by agreement of Counsel.  No motions may be filed without prior permission.

(3) On **February 23, 2011 at 3:30 p.m.,** Counsel are to place a telephone conference call to my Chambers.  The purpose of this conference call with be to discuss the status of this action and any related developments.  Counsel for Plaintiff is to initiate the February 23, 2011 conference call.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA   19107

**Chambers of**
**M. FAITH ANGELL**                                             P:   (215) 597-6079
 United States Magistrate Judge                        F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**   10-3631                          **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: November 17, 2010        **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| 1.   Cary L. Flitter, Esq./Theodore E. Lorenz, Esq. | 610-667-0552 |
| 2.   Joann Needleman, Esq. | 215-563-8970 |