IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HORNICEK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDWORKS SERVICING, LLC | : | NO. 10-3631 |

# O R D E R

AND NOW, this 29th day of November, 2010, upon consideration of the November 19, 2010 letter addressed to me from Plaintiff's Counsel, it is hereby **ORDERED** that:

(1) By December 10, 2010, Plaintiff may file a motion raising his concerns about Defendant's offer of judgment.

(2) Defendant's response must be filed by December 20, 2010.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA   19107

Chambers of
M. FAITH ANGELL                                      P:   (215) 597-6079
 United States Magistrate Judge                      F:   (215) 580-2165


*FAX / MAIL COVER SHEET*

**CASE NO.**   10-3631                    **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: November 29, 2010        **LAW CLERK'S INITIALS**: JJK


**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| 1.   Cary L. Flitter, Esq./Theodore E. Lorenz, Esq. | 610-667-0552 |
| 2.   Joann Needleman, Esq. | 215-563-8970 |