# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, on behalf of himself and all others similarly situated, 683 Shropshire Drive West Chester, PA 19382 | Hon. Louis Pollak |
| Plaintiff, vs. | CIVIL ACTION NO. 2:10-cv-03631-LP |
| CARDWORKS SERVICING, LLC 225 West Station Square Drive Pittsburgh, PA 15219 | |
| Defendant. | |

To:   **ANTHONY HORNICEK, on behalf of himself
and others similarly situated**
c/o THEODORE LORENZ, ESQ
LUNDY, FLITTER, BELDECOS & BERGER. P.C.
450 N. NARBERTH STREET
NARBERTH, PA 19072

PLEASE TAKE NOTICE that the Defendant, CARDWORKS SERVICING LLC, pursuant to F.R.C.P. 68, hereby offers to allow judgment to be taken against it as follows:

1)   Judgment shall be entered against Defendant CardWorks Servicing, LLC in the amount of One Thousand One Dollars ($1,001.00) in statutory damages, plus Ten Dollars ($10.00) in actual damages, plus the costs of the action, plus reasonable attorneys fees through and including the 14th day following service of this offer, such fees and costs to be determined by the Court upon motion by Plaintiff unless the parties otherwise advise the Court of their agreement on the attorney fees and costs. The Plaintiff shall

make a good faith effort to reach agreement on the amount of attorney fees before filing a motion under this paragraph.

2) This Judgment is entered solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that any Defendant is liable in this action, or that Plaintiff has suffered any damage.

Pursuant to F.R.C.P. 68, please provide written notice of Plaintiff's acceptance of the within offer within fourteen (14) days of service of this offer. If this offer is not accepted by written notice within fourteen (14) days of the date of service, the offer will be considered withdrawn.

/s/ JOANN NEEDLEMAN
_____
JOANN NEEDLEMAN (74276)
935 One Penn Center
1617 John F. Kennedy Blvd
Philadelphia, PA 19103
(215) 789-7151
(215) 563-8970
joann@mnlawpc.com
*Attorney for Defendant,*
*Cardworks Servicing LLC*

Date: November 16, 2010

2