## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY HORNICEK, on behalf of** )<br>**Himself and all others similarly situated,** )<br>**683 Shropshire Drive** )<br>**West Chester, PA 19382** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CARDWORKS SERVICING, LLC** )<br>**255 West Station Square Drive** )<br>**Pittsburgh, PA 15219,** )<br>)<br>    **Defendant.** )<br>_____ ) | **CIVIL ACTION FILE NO.**<br>**2:10-cv-03631-LP** |

### DEFENDANT'S RESPONSE
### TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS, INCLUDING
### DEFENDANT'S MOTION TO COMPEL ARBITRATION

COMES NOW, CardWorks Servicing, LLC ("CardWorks"), Defendant in

the above-styled action, and files this Response to Plaintiff's Motion to Stay

Proceedings as set forth below:

CardWorks Servicing, LLC, does not object to Plaintiff's Motion to Stay the

Proceedings, including CardWorks' pending Motion to Compel Arbitration;

however, CardWorks *does not* agree that the pending case before the United States

Supreme Court in the matter of *AT&T Mobility, LLV v. Vincent and Liza*

*Concepcion, cert. granted at 130 S.Ct. 3322 (2010) (No. 09-0893)*, has any bearing

on or relevance to the instant matter.

Respectfully submitted,

**MAURICE & NEEDLEMAN, P.C.**

s/ *JOANN NEEDLEMAN*

_____

JOANN NEEDLEMAN (74276)
935 One Penn Center
1617 John F. Kennedy Blvd
Philadelphia, PA 19103
(215) 789-7151
(215) 563-8970
joann@mnlawpc.com
*Attorney for Defendant, CardWorks*
*Servicing, LLC*

Date: November 16, 2010

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY HORNICEK, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING LLC,<br><br>      Defendant. | Hon. Louis Pollack<br>Civil Action No.: 10-3631 |

## CERTIFICATE OF SERVICE

I, JOANN NEEDLEMAN, ESQUIRE, hereby certify that on this date I have caused a

true and correct copy of the foregoing response to Plaintiff's Motion for Stay of Proceedings to

be served by regular, first class mail, postage pre-paid and electronic submission upon:

THEODORE E. LORENZ, ESQ.
450 N. NARBERTH STREET
NARBERTH, PA 19072

                              MAURICE & NEEDLEMAN, P.C.


                              s/ *JOANN NEEDLEMAN*
                              _____
                              JOANN NEEDLEMAN (74276)
                              *Attorney for Defendant*

Date: November 16, 2010