# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, on behalf of Himself and all others similarly situated, 683 Shropshire Drive West Chester, PA 19382 </br></br> Plaintiff, </br></br> v. </br></br> CARDWORKS SERVICING, LLC 255 West Station Square Drive Pittsburgh, PA 15219, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION FILE NO. ) 2:10-cv-03631-LP ) ) ) ) ) ) ) |

## DEFENDANT'S RESPONSE
## TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS, INCLUDING
## DEFENDANT'S MOTION TO COMPEL ARBITRATION

COMES NOW, CardWorks Servicing, LLC ("CardWorks"), Defendant in the above-styled action, and files this Response to Plaintiff's Motion to Stay Proceedings as set forth below:

CardWorks Servicing, LLC, does not object to Plaintiff's Motion to Stay the Proceedings, including CardWorks' pending Motion to Compel Arbitration; however, CardWorks *does not* agree that the pending case before the United States Supreme Court in the matter of *AT&T Mobility, LLV v. Vincent and Liza*

*Concepcion, cert. granted at 130 S.Ct. 3322 (2010) (No. 09-0893)*, has any bearing on or relevance to the instant matter.

          Respectfully submitted,

          **MAURICE & NEEDLEMAN, P.C.**

          s/ *JOANN NEEDLEMAN*
          _____
          JOANN NEEDLEMAN (74276)
          935 One Penn Center
          1617 John F. Kennedy Blvd
          Philadelphia, PA 19103
          (215) 789-7151
          (215) 563-8970
          joann@mnlawpc.com
          *Attorney for Defendant, CardWorks Servicing, LLC*

Date: November 16, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING LLC,<br><br>　　　　Defendant. | Hon. Louis Pollack<br>Civil Action No.: 10-3631 |

## CERTIFICATE OF SERVICE

　　　I, JOANN NEEDLEMAN, ESQUIRE, hereby certify that on this date I have caused a true and correct copy of the foregoing response to Plaintiff's Motion for Stay of Proceedings to be served by regular, first class mail, postage pre-paid and electronic submission upon:

THEODORE E. LORENZ, ESQ.
450 N. NARBERTH STREET
NARBERTH, PA 19072

　　　　　　　　　　　　　　　　　　　　MAURICE & NEEDLEMAN, P.C.


　　　　　　　　　　　　　　　　　　　　s/ *JOANN NEEDLEMAN*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOANN NEEDLEMAN (74276)
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

Date: November 16, 2010

Case 2:10-cv-03631-LP   Document 23   Filed 12/20/10   Page 4 of 4