# EXHIBIT "A"



|  | John H. Bedard, Jr.<br>Attorney at Law<br>Licensed Only In Georgia. | tel 678.253.1871ext. 244<br>fax 678.253.1873<br>jbedard@bedardlawgroup.com<br><br>2810 Peachtree Industrial Blvd.<br>Suite D<br>Duluth, Georgia 30097<br>www.bedardlawgroup.com<br>Attorneys at Law |

September 23, 2010

Via E-mail: cflitter@lfbb.com

Cary L. Fitter
Theodore E. Lorenz
Lundy, Flitter, Beldecos & Berger, P.C.
450 N. Naberth Avenue
Naberth, Pennsylvania 19072

    Re:    Anthony Hornicek v. Cardworks Servicing, LLC,
             United States District Court for Eastern District of Pennsylvania,
             Case No.: 2:10-CV-03631-LP

Dear Cary and Ted:

    Please allow this correspondence to confirm my telephone discussion with Cary on the 17th wherein we discussed extending by consent the Defendant's obligation to appear or otherwise respond to the discovery enclosed in your August 17, 2010 correspondence until after the Court rules on the motion to compel arbitration which the Defendant will be filing shortly. As such, the Defendant is not planning to respond to the discovery next week when it would otherwise become due. If this is not your understanding, please let me hear from you. Otherwise, I look forward to sharing with you the arbitration information we discussed during our call as well. Thank you for your courtesy.

                                      Very truly yours,

                                      *John H. Bedard, Jr.*

                                      John H. Bedard, Jr.

Cc: Alfred Kiefer
      Joann Needleman