# EXHIBIT "B"

# SATTERLEE STEPHENS BURKE & BURKE LLP
### 230 PARK AVENUE
### NEW YORK, NY 10169-0079
### (212) 818-9200

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732 603-4966

FAX (212) 818-9606 9607
www.ssbb.com

E-Mail: mgibson@ssbb.com
Direct Dial: (212) 404-8726

August 17, 2010

**By Facsimile**
Cary L. Flitter, Esq.
Lundy Flitter Beldecos & Berger
450 N. Narbeth Avenue
Narbeth, PA 19072

Re:   Hornicek v. CardWorks

Dear Mr. Flitter:

My apologies for not following up on this sooner, as I was in a hearing last week, followed by a short vacation.

In any event, this letter will confirm our agreement whereby defendant CardWorks Servicing, LLC's deadline to answer, move or otherwise respond to the complaint in this action has been extended through and including September 10, 2010. Please let me know if I have misunderstood our agreement.

I thank you for your courtesy in this matter.

Very truly yours,

Michael H. Gibson

MHG:jd

cc: Thomas Dymek, Esq. (via email)

812004_1