IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY HORNICEK, on behalf of himself and all others similarly situated, | |
|---|---|
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 10-CV-3631(LP) |
| CARDWORKS SERVICING, LLC, | CLASS ACTION |
| Defendant. | |

## ENTRY OF APPEARANCE

To the Clerk:

Kindly enter my appearance as co-counsel for Plaintiff Anthony Hornicek, on behalf of himself and all others similarly situated, in the above-captioned matter.

Date: __06/07/11__    */s/ Andrew M. Milz (AMM8059)*
ANDREW M. MILZ, ESQUIRE

LUNDY, FLITTER, BELDECOS &
BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0781
amilz@lfbb.com

Attorneys for Plaintiff and the Class