IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HORNICEK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDWORKS SERVICING, LLC | : | NO.   10-3631 |

**O R D E R**

AND NOW, this 28th day of June, 2011, after holding a telephone status conference in the above-captioned matter, it is hereby **ORDERED** that:

On **September 7, 2011 at 3:30 p.m.,** Counsel are to place a telephone conference call to my Chambers. The purpose of this conference call with be to discuss the status of this action and any related developments. Counsel for Plaintiff is to initiate the September 7, 2011 conference call.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA    19107

**Chambers of**
**M. FAITH ANGELL**                                      P:   (215) 597-6079
United States Magistrate Judge              F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**   10-3631                        **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: June 28, 2011         **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| 1.   Cary L. Flitter, Esq./Theodore E. Lorenz, Esq. | 610-667-0552 |
| 2.   Joann Needleman, Esq. | 215-563-8970 |
| 3.   John H. Bedard, Jr., Esq. | 678-253-1873 |