# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HORNICEK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDWORKS SERVICING, LLC,<br><br>Defendant. | Civil Action<br><br>No. 10-3631 |

## ORDER

AND NOW, this 29th day of June, 2011, upon consideration of Defendant's Motion to Compel Arbitration (Docket No. 10), and all responses thereto, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Compel Arbitration is **GRANTED**.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.